THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Joe Whitten, Appellant.
 
 
 

Appeal From Spartanburg County
  J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-462
 Submitted September 14, 2004  Filed September 15, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, 
 for Respondent.
 
 
 

PER CURIAM:  Mr. Whitten appeals after pleading 
 no contest to one count of indecent exposure.  The trial court sentenced Whitten 
 to three years in the South Carolina Department of Corrections, the sentence 
 being suspended upon the service of 18 months, and three years probation.  Whitten 
 argues the plea was not made knowingly or voluntarily and thus, it did not comply 
 with the requirements of Boykin v. Alabama, 395 U.S. 238 (1969).    On 
 appeal, Whittens counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting no meritorious grounds for appeal exist and requesting 
 permission to withdraw from further representation.  Whitten has not filed a 
 pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.